# U.S. District Court
# United States District Court for the Western District of Washington (Tacoma)
# CIVIL DOCKET FOR CASE #: 3:21–cv–05468–BHS–DWC

Kelly et al v. McClatchy Company LLC
Assigned to: Judge Benjamin H. Settle
Referred to: Judge David W. Christel
Cause: 47:227 Restrictions of Use of Telephone Equipment

Date Filed: 06/29/2021
Date Terminated: 10/05/2021
Jury Demand: Plaintiff
Nature of Suit: 485 Telephone Consumer Protection Act (TCPA)
Jurisdiction: Federal Question

**Plaintiff**

**Robert Kelly**     represented by   **Adrienne McEntee**
TERRELL MARSHALL LAW GROUP PLLC
936 N 34TH ST
STE 300
SEATTLE, WA 98103–8869
206–816–6603
Fax: 206–350–3528
Email: amcentee@terrellmarshall.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony Paronich**
PARONICH LAW PC
350 LINCOLN ST STE 2400
HINGHAM, MA 02043
617–485–0018
Email: anthony@paronichlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Beth E Terrell**
TERRELL MARSHALL LAW GROUP PLLC
936 N 34TH ST
STE 300
SEATTLE, WA 98103–8869
206–816–6603
Fax: 206–319–5450
Email: bterrell@terrellmarshall.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Rust Murray**
TERRELL MARSHALL LAW GROUP PLLC
936 N 34TH ST
STE 300
SEATTLE, WA 98103–8869
206–816–6603
Fax: 206–319–5450
Email: jmurray@terrellmarshall.com

*ATTORNEY TO BE NOTICED*

**Samuel J Strauss**
TURKE & STRAUSS LLP
613 WILLIAMSON ST
STE 201
MADISON, WI 53703
608−237−1775
Fax: 608−509−4423
Email: sam@turkestrauss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eryn Learned**                                represented by **Adrienne McEntee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony Paronich**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Beth E Terrell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Rust Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel J Strauss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kerry Wano**                                represented by **Adrienne McEntee**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony Paronich**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer Rust Murray**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samuel J Strauss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**McClatchy Company LLC**  represented by  **John Poulos**
LEWIS BRISBOIS BISGAARD & SMITH
2020 W. EL CAMINO AVE STE 700
SACRAMENTO, CA 95833
916−564−5400
Email: john.poulos@lewisbrisbois.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard A. Meadows**
LEWIS BRISBOIS BISGAARD & SMITH LLP
(SEATTLE)
1111 THIRD AVE
STE 2700
SEATTLE, WA 98101
206−436−2020
Email: richard.meadows@lewisbrisbois.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/29/2021 | Ï 1 | COMPLAINT against defendant(s) The McClatchy Company, LLC with JURY DEMAND (Receipt # AWAWDC−7144068) Attorney Beth E Terrell added to party Robert Kelly(pty:pla), Attorney Beth E Terrell added to party Eryn Learned(pty:pla), Attorney Beth E Terrell added to party Kerry Wano(pty:pla), filed by Robert Kelly, Kerry Wano, Eryn Learned. (Attachments: # 1 Civil Cover Sheet, # 2 Summons)(Terrell, Beth) (Entered: 06/29/2021) |
| 06/29/2021 | Ï | Judge David W. Christel added. (AMD) (Entered: 06/29/2021) |
| 06/29/2021 | Ï 2 | **Notice of Filing Deficiency** re 1 Complaint. ***Action Required*** <br> Improper Signature − Secondary Attorney(s). <br> See attached letter for more information and instructions. (AMD) (Entered: 06/29/2021) |
| 06/29/2021 | Ï 3 | |

| | | |
|---|---|---|
| | | Summons(es) Electronically Issued as to defendant(s) McClatchy Company LLC. (AMD) (Entered: 06/29/2021) |
| 06/30/2021 | 4 | APPLICATION OF ATTORNEY Anthony I. Paronich FOR LEAVE TO APPEAR PRO HAC VICE for Plaintiffs Robert Kelly, Eryn Learned, Kerry Wano (Fee Paid) Receipt No. AWAWDC–7146301 (Terrell, Beth) (Entered: 06/30/2021) |
| 06/30/2021 | 5 | NOTICE of Appearance by attorney Samuel J Strauss on behalf of Plaintiffs Robert Kelly, Eryn Learned, Kerry Wano. (Strauss, Samuel) (Entered: 06/30/2021) |
| 06/30/2021 | 6 | ORDER re 4 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Anthony Paronich for plaintiffs Robert Kelly, Eryn Learned and Kerry Wano, by Clerk William M McCool. No document associated with this docket entry, text only. <br><br> *NOTE TO COUNSEL: Local counsel agrees to* **sign all filings** *and to be prepared to handle the matter, including the trial thereof, in the event the applicant is unable to be present on any date scheduled by the court, pursuant to LCR 83.1(d).*(CDA) (Entered: 06/30/2021) |
| 07/06/2021 | 7 | SERVICE OF SUMMONS Returned Unexecuted – attempted upon defendant McClatchy Company LLC. (Murray, Jennifer) (Entered: 07/06/2021) |
| 07/06/2021 | 8 | PRAECIPE TO ISSUE SUMMONS *to Defendant The McClatchy Company, LLC* by Plaintiffs Robert Kelly, Eryn Learned, Kerry Wano (Attachments: # 1 Summons)(Murray, Jennifer) (Entered: 07/06/2021) |
| 07/06/2021 | 9 | Summons(es) Electronically Issued as to defendant(s) McClatchy Company LLC. (AMD) (Entered: 07/06/2021) |
| 07/14/2021 | 10 | NOTICE of Appearance by attorney Richard A. Meadows on behalf of Defendant McClatchy Company LLC. (Meadows, Richard) (Entered: 07/14/2021) |
| 07/14/2021 | 11 | CORPORATE DISCLOSURE STATEMENT identifying Corporate Parent SIJ Intermediate, LLC for McClatchy Company LLC. Filed pursuant to Fed.R.Civ.P 7.1. Filed by McClatchy Company LLC (Meadows, Richard) (Entered: 07/14/2021) |
| 07/14/2021 | 12 | Stipulated MOTION *for Extension of Deadline to Respond to Complaint*, filed by Defendant McClatchy Company LLC. (Attachments: # 1 Proposed Order) Noting Date 7/14/2021, (Meadows, Richard) (Entered: 07/14/2021) |
| 07/15/2021 | 13 | ORDER GRANTING THE PARTIES' STIPULATED MOTION FOR EXTENSION OF DEADLINE TO RESPOND TO COMPLAINT signed by Judge David W. Christel, re 12 Stipulated Motion. The responsive pleading due on or before 8/20/2021. (DK) (Entered: 07/15/2021) |
| 07/15/2021 | 14 | NOTICE OF ASSIGNMENT TO A US MAGISTRATE JUDGE AND DECLINATION OF CONSENT FORM. Each party will be deemed to have knowingly and voluntarily consented to proceed before a Magistrate Judge if this form is not returned by 7/22/2021. **Please Note: Forms must not be electronically filed with the Court.** (KEB) (Entered: 07/15/2021) |
| 07/15/2021 | | Attorney John Poulos for McClatchy Company LLC added; per 10 Notice of Appearance. (AMD) (Entered: 07/15/2021) |
| 07/19/2021 | 15 | MINUTE ORDER REASSIGNING CASE. Case reassigned to Judge Benjamin H. Settle and referred to Magistrate Judge David W. Christel for all further proceedings, by Clerk, Ravi Subramanian. (KEB) (Entered: 07/19/2021) |
| 07/21/2021 | 16 | AFFIDAVIT of Service of Summons and Complaint on The McClatchy Company LLC on 7/12/2021, filed by Plaintiffs Robert Kelly, Eryn Learned, Kerry Wano. (Murray, Jennifer |

| | | |
|---|---|---|
| | (Entered: 07/21/2021) | |
| 07/30/2021 | 17 | ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT AND EARLY SETTLEMENT. Joint Status Report due by 9/10/2021, FRCP 26(f) Conference Deadline is 8/20/2021, Initial Disclosure Deadline is 9/3/2021, by Judge David W. Christel. (KEB) (Main Document 17 replaced malformed PDF on 7/30/2021) (MET). (Entered: 07/30/2021) |
| 07/30/2021 | | Joint Status Report NOTED on motion calendar; Noting Date 9/10/2021. (KEB) (Entered: 07/30/2021) |
| 07/30/2021 | 18 | ORDER REGARDING DISCOVERY AND DEPOSITIONS by Judge David W. Christel. (KEB) (Entered: 07/30/2021) |
| 08/12/2021 | 19 | Stipulated MOTION *to Stay Discovery Pending Resolution of Motions to Transfer and to Compel Arbitration*, filed by Plaintiffs Robert Kelly, Eryn Learned, Kerry Wano. (Attachments: # 1 [Proposed] Order) Noting Date 8/12/2021, (Murray, Jennifer) (Entered: 08/12/2021) |
| 08/13/2021 | 20 | ORDER GRANTING 19 STIPULATED MOTION TO STAY DISCOVERY signed by Judge David W. Christel.(AMD) (Entered: 08/13/2021) |
| 08/23/2021 | 21 | MOTION to Transfer Case , filed by Defendant McClatchy Company LLC. Oral Argument Requested. (Attachments: # 1 Proposed Order) Noting Date 9/17/2021, (Meadows, Richard) (Entered: 08/23/2021) |
| 08/23/2021 | 22 | DECLARATION of Maria Ravera filed by Defendant McClatchy Company LLC re 21 MOTION to Transfer Case (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Meadows, Richard) (Entered: 08/23/2021) |
| 08/23/2021 | 23 | REQUEST by Defendant McClatchy Company LLC for Judicial Notice re 21 MOTION to Transfer Case (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Meadows, Richard) (Entered: 08/23/2021) |
| 09/13/2021 | 24 | RESPONSE, by Plaintiffs Robert Kelly, Eryn Learned, Kerry Wano, to 21 MOTION to Transfer Case . (McEntee, Adrienne) (Entered: 09/13/2021) |
| 09/17/2021 | 25 | REPLY, filed by Defendant McClatchy Company LLC, TO RESPONSE to 21 MOTION to Transfer Case (Meadows, Richard) (Entered: 09/17/2021) |
| 09/30/2021 | | REFERRING 21 MOTION to Transfer Case to: Judge David W. Christel. (AMD) (Entered: 09/30/2021) |
| 10/05/2021 | 26 | Order Transferring Case to the Eastern District of California by electronic case transfer on the 15th day following the date of this filing, signed by Judge David W. Christel. Case will be transferred on 10/20/2021. (AMD) (Entered: 10/05/2021) |