UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kelly, at al., | No. 2:21-cv-01960-KJM-JDP |
| Plaintiffs, | ORDER |
| v. | |
| The McClatchy Company, | |
| Defendant. | |

In their January 26, 2022 Joint Status Report, the parties jointly requested to appear telephonically for the February 11, 2022 hearing on defendant's motion to compel arbitration and the February 24, 2022 Pretrial Scheduling Conference. The court **grants** this request. The parties shall appear at both hearings via Zoom.

IT IS SO ORDERED.

DATED: January 28, 2022

CHIEF UNITED STATES DISTRICT JUDGE

1