Kristin Kemnitzer, CSB #278946
Email: kristin@kbklegal.com
KEMNITZER, BARRON & KRIEG
42 Miller Avenue, 3rd Floor
Mill Valley, California 94941
Telephone: (415) 632-1900
Facsimile: (415) 632-1901

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT KELLY, ERYN LEARNED, and KERRY WANO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE MCCLATCHY COMPANY<br><br>Defendant. | No. 2:21-cv-01960 KJM-JDP<br><br>**STIPULATION AND ORDER FOR FILING OF FIRST AMENDED COMPLAINT**<br><br>The Honorable Kimberly J. Mueller<br><br>TRIAL DATE:  NONE SET |

Pursuant to Eastern District of California Local Rule 143, Plaintiffs Robert Kelly, Eryn Learned, and Kerry Wano (collectively, "Plaintiffs") and Defendant The McClatchy Company, LLC ("McClatchy" or "Defendant") hereby stipulate and agree as follows:

1. WHEREAS, on June 29, 2021, Plaintiffs filed their Complaint – Class Action, which was later transferred to this Court;

2. WHEREAS, on May 26, 2022, the Court denied McClatchy's Motion to Compel Arbitration;

3. WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(4)((A), McClatchy's responsive pleading was due on June 9, 2022;

STIPULATION AND ORDER FOR FILING OF FIRST AMENDED COMPLAINT- 1

4. WHEREAS, on June 29, 2022, the Court granted the Parties' stipulation to extend the time for McClatchy to file a responsive pleading to August 1, 2022;

5. WHEREAS, on July 11, 2022, Plaintiffs' counsel notified McClatchy that they intended to amend the Complaint to dismiss Plaintiff Robert Kelly and his individual claims without prejudice, and add four additional plaintiffs;

6. WHEREAS, the Parties met and conferred regarding Plaintiffs' proposed amended complaint twice, on July 11 and 21, 2022;

7. WHEREAS, on July 21, 2022, the Parties met and conferred regarding Plaintiffs' proposed amended complaint during which Plaintiff's counsel confirmed that the amended complaint would also dismiss Plaintiff Kerry Wano and his individual claims without prejudice;

8. WHEREAS, a redline of Plaintiffs' proposed amended complaint is attached as Exhibit A, and a clean version of the proposed amended complaint is attached as Exhibit B;

9. WHEREAS, McClatchy consents to Plaintiffs' filing of the proposed amended complaint in Exhibit B, and the Parties agree that by stipulating to the filing, McClatchy makes no admissions, waives no defenses and expressly reserves the right to challenge the proposed amended complaint; and

10. WHEREAS, this stipulation is not being sought for any improper purpose or for the reason of delay, and this is Plaintiffs' proposed first amendment to their complaint.

IT IS HEREBY STIPULATED by and between the Parties hereto through their respective undersigned legal counsel that:

A. Plaintiffs may file Exhibit B, the proposed amended complaint; and

B. McClatchy shall file its responsive pleading within 44 days after the Plaintiffs file Exhibit B.

SO STIPULATED THIS 4th day of August, 2022.

//
//
//

| | | |
|---|---|---|
| DATED: August 4, 2022 | LEWIS BRISBOIS BISGAARD & SMITH LLP | |
| | By: | /s/ Amy L. Pierce |
| | | Amy L. Pierce |
| | | Attorneys for Defendant |
| DATED: August 4, 2022 | KEMNITZER, BARRON & KRIEG | |
| | By: | /s/ Kristin Kemnitzer |

Kristin Kemnitzer, CSB #278946
Email: kristin@kbklegal.com
Adam McNeile, CSB #280296
Email: adam@kbklegal.com
KEMNITZER, BARRON & KRIEG
42 Miller Avenue, 3rd Floor
Mill Valley, California 94941
Telephone: (415) 632-1900
Facsimile: (415) 632-1901

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Adrienne D. McEntee
Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
Jennifer Rust Murray, *Admitted Pro Hac Vice*
Email: jmurray@terrellmarshall.com
Adrienne D. McEntee, *Admitted Pro Hac Vice*
Email: amcentee@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

Anthony I. Paronich, *Admitted Pro Hac Vice*
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100

STIPULATION AND ORDER FOR FILING OF FIRST AMENDED COMPLAINT- 3

|   |   |
|---|---|
| 1 | Samuel J. Strauss, *Admitted Pro Hac Vice* |
|   | Email: sam@turkestrauss.com |
| 2 | Raina C. Borelli, *Admitted Pro Hac Vice* |
|   | Email: raina@turkestrauss.com |
| 3 | TURKE & STRAUSS LLP |
|   | 613 Williamson Street, Suite 201 |
| 4 | Madison, Wisconsin 53703 |
| 5 | Telephone: (608) 237-1775 |
|   | Facsimile: (608) 509-4423 |

*Attorneys for Plaintiffs*

### ORDER

Pursuant to the Parties' Stipulation, Plaintiffs shall file <u>Exhibit B</u>, the proposed amended complaint. McClatchy shall file its responsive pleading within 14 days of the filing of <u>Exhibit B</u>.

IT IS SO ORDERED.

DATED: August 4, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE