UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCCLATCHY COMPANY LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT KELLY, et al.,<br><br>    Defendants. | No. 2:22-mc-00364-DB<br><br>**New Case No. 2:22-mc-00364-DAD-JDP**<br><br>ORDER RELATING AND REASSIGNING CASE |
| ROBERT KELLY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MCCLATCHY COMPANY LLC,<br><br>    Defendant. | No. 2:22-cv-02283-KJN<br><br>**New Case No. 2:22-cv-02283-DAD-JDP** |

A review of the dockets in the above-captioned cases reveals that they are related under this court's Local Rule 123(a) to the following action pending before the undersigned: *Eryn Learned, et al. v. McClatchy Company LLC*, 2:21-cv-01960-DAD-JDP. Accordingly, assignment of the above-captioned action to the undersigned and to Magistrate Judge Jeremy D. Peterson will promote efficiency and economy for the court and the parties.

/////

1

An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge—it does not consolidate the cases. The local rules of this district authorize the judge with the lowest numbered case to order the reassignment of any higher numbered cases to himself or herself, upon determining that this assignment is likely to effect a savings of judicial effort. L.R. 123(c). Such good cause appearing here, **the court orders that the above-captioned actions be reassigned to the undersigned and Magistrate Judge Jeremy D. Peterson and that they be related to the action listed above**. The documents in the above-captioned actions shall bear the new case numbers above.

IT IS SO ORDERED.

Dated:   **January 9, 2023**                                   _____
UNITED STATES DISTRICT JUDGE